JERRY H. MOWBRAY (SBN 2307)
615 Riverside Drive, Suite D
Reno, Nevada 89503
Tel: 775-322-9935
Fax: 775-322-9950
mowbraylaw@aol.com

DON NOMURA (SBN 2228)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
dnomura@laxalt-nomura.com

*Attorneys for Plaintiff Angela White*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA WHITE,<br><br>  Plaintiff,<br>vs.<br><br>RALEY'S, et al.,<br><br>  Defendants. | Case No.: 3:20-cv-00457-MMD-CLB<br><br>MOTION, STIPULATION AND ORDER TO FILE AN AMENDED COMPLAINT |

The Plaintiff, Angela White, through her counsel files the instant motion seeking leave to file her first amended complaint pursuant to FRCP 15, LR 15-1, and the Court's Order approving the Second Updated Stipulated Discovery Plan and Scheduling Order (ECF No. 23), and stipulation of Defendant.

The proposed first amended complaint is attached to this motion as Exhibit 1. The amended complaint voluntarily dismisses and removes the special damage claim for past and future wage loss. The sole language changes are deletion of any reference to a past and future wage loss claim as found in paragraph 7 of the complaint and paragraph 3 of the prayer for relief ("and income loss"). The remaining claims will continue to be pursued.

The Defendant hereby stipulates to the filing of and granting of the motion to amend the complaint.

Per FRCP 15, leave to amend is freely given when justice so requires. This amendment will not delay trial, nor prejudice any party. It simply narrows the damage issues for the trier off fact.

| | |
|---|---|
| DATED this 18th day of March, 2021. | DATED this 18th day of March, 2021. |
| LAXALT & NOMURA, LTD. | PHILLIPS SPALLAS & ANGSTADT, LLC |
| /s/ Don Nomura | |
| DON NOMURA (SBN 2228)<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521<br>Tel: 775-322-1170<br>Fax: 775-322-1865<br>dnomura@laxalt-nomura.com | TIMOTHY D. KUHLS (SBN 13362)<br>504 South Ninth Street<br>Las Vegas, Nevada 89101<br>Tel: (702) 938-1510<br>Fax: (702) 938-1511<br>tkuhls@psalaw.net |
| JERRY H. MOWBRAY (SBN 2307)<br>615 Riverside Drive, Suite D<br>Reno, Nevada 89503<br>Tel: 775-322-9935<br>Fax: 775-322-9950<br>mowbraylaw@aol.com | *Attorneys for Defendant Raley's* |

*Attorneys for Plaintiff Angela White*

Accordingly, the stipulation to file an amended complaint (ECF No. 25) is GRANTED. Plaintiff shall date, sign, and file the amended complaint (ECF No. 25-1) upon receipt of this Order.

IT IS SO ORDERED.

DATED: March 19, 2021.

CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9790 GATEWAY DRIVE
SUITE 200
RENO, NEVADA 89521

## INDEX

| Exhibit No. | Description | Page |
|---|---|---|
| 1. | Amended Complaint | 6 |

# EXHIBIT 1

# EXHIBIT 1

JERRY H. MOWBRAY (SBN 2307)
615 Riverside Drive, Suite D
Reno, Nevada 89503
Tel: 775-322-9935
Fax: 775-322-9950
mowbraylaw@aol.com

DON NOMURA (SBN 2228)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
dnomura@laxalt-nomura.com

*Attorneys for Plaintiff Angela White*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGELA WHITE,

        Plaintiff,

vs.

RALEY'S, et al.,

        Defendants.

Case No.: 3:20-cv-00457-MMD-CLB

**FIRST AMENDED COMPLAINT**

    COMES NOW plaintiff Angela White by and through her counsel Jerry H. Mowbray and Don Nomura, and hereby complains, alleges and avers as follows:

    1.    That plaintiff Angela White is, and at all material times was, a resident of Washoe County, Nevada.

    2.    That defendant Raley's is, and at all material times was, a foreign corporation doing business in Washoe County Nevada. Further, that the Raley's location at 1630 Robb Drive

1

in Reno at all time maintained and operated a retail pharmacy pursuant to Chapter 639 of the Nevada Revised Statutes.

3. Pursuant to NRCP 10(a) and Nurenberger Hercules-Werke GMBH v. Virostek, 107 Nev. 873, 822 P.2d 1100 (1991), the identity of defendants designated as ABC Corporations 1-10, Black & White Companies 1-10 and John Does 1-5,and Jane Does 1-5, are unknown at the present time; however, it is alleged and believed these defendants were involved in the initiation, approval, support, or execution of the wrongful acts upon which this litigation is premised, or of similar actions directed against plaintiff about which they are presently unaware. These "Doe" defendants include the person(s) who negligently failed to correctly fill plaintiff Angela White's prescription for Minivelle Estrogen patches on November 7, 2017 at the Raley's Pharmacy of Robb Drive. They also include their employer if already not identified in this complaint. As the specific identities of these parties are revealed through the course of discovery, the Doe designation will be replaced to identify these parties by their true names and capacities

4. That all pertinent times hereto defendants, and each of them, were the agents and/or employees and/or employers and are co-adventurers and are partners and/or alter egos of their co-defendants and in doing the things hereinafter alleged were acting within the course and scope of such employment, agency, co-adventurer, and/or partnership and with the permission, consent and encouragement of their co-defendants.  Further, defendants, and each of them, were acting in concert and are jointly and severally liable for one another's actions and have agreed to assume one another's liabilities.

5. That in November of 2017 plaintiff Angela White was a patient of OB/GYN Staci Paul, M.D. Further, that on November 7, 2017, Dr. Paul prescribed and provided a prescription slip to plaintiff Angela White for a three month supply of 0.0375 Minivelle Estrogen patches to

2

be applied twice weekly. Further that plaintiff Angela White presented the prescription slip to the Raley's Pharmacy on Robb Drive to have it filled. Further that the prescription was negligently not correctly filled by the defendants and each of them, such the plaintiff received 0.075 Minivelle Estrogen patches rather than 0.0375 patches. Further that plaintiff Angela White applied the patches twice weekly as ordered by Dr. Paul and continued to do so until July of 2018. This required that the prescription be refilled; each refill was at the wrong elevated dosage. Further that as a result of negligence of the defendants, and each of them, plaintiff Angela White was overdosed from November 2017 to July of 2018 at which time the mistake by the defendants, and each of them, was discovered.

6.   That as a result of the negligence of the defendants, and each of them, plaintiff Angela White began to experience heavy cycles, weight gain, headaches, light headiness, severe cramping, mood swings, high blood pressure, anxiety and panic attacks as well as emotional distress. Their negligence has also increased the risk of harm to her for the need to undergo a hysterectomy.

7.   That as a proximate result of the negligence of the defendants, and each of them, plaintiff Angela White has sustained and will continue to sustain severe and permanent personal injuries in excess of $75,000.00. Further, she sustained past and future medical expenses. Request to amend this complaint to allege the special damages with specificity will be made when they become known.

## **PRAYER FOR RELIEF**

1.   For leave to amend this complaint with the true names and identities of the defendants sued by fictitious names upon being known:

2.   For general damages in excess of $75,000.00;

3. For special damages for past and future medical care according to proof at trial;

4. For prejudgment and post judgment interest;

5. For attorney's fees incurred herein;

6. For costs of suit incurred herein; and

7. For such other and further relief that the court may deem just and proper in the premises.

DATED this ___ day of _____, 2021.

        LAXALT & NOMURA, LTD.

        _____
        DON NOMURA (SBN 2228)
        9790 Gateway Drive, Suite 200
        Reno, Nevada  89521
        Tel: 775-322-1170
        Fax: 775-322-1865
        dnomura@laxalt-nomura.com

        JERRY H. MOWBRAY (SBN 2307)
        615 Riverside Drive, Suite D
        Reno, Nevada 89503
        Tel: 775-322-9935
        Fax: 775-322-9950
        mowbraylaw@aol.com

        *Attorneys for Plaintiff Angela White*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing document by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following email addresses:

> Timothy D. Kuhls
> Phillips, Spallas & Angstadt, LLC
> 504 South Ninth Street
> Las Vegas, Nevada 89101
> (702) 938-1510
> (702) 938-1511 (Fax)
> tkuhls@psalaw.net

DATED this ____ day of _____, 2021.

/s/ Laurie Pieratt
An employee of Laxalt & Nomura, Ltd.

5