UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANGELA WHITE, | Case No.: 3:20-cv-00457-MMD-WGC |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING** |
| RALEY'S, A FOREIGN CORPORATION DOING BUSINESS IN THE STATE OF NEVADA; ABC CORPORATIONS 1-10, inclusive; BLACK AND WHITE COMPANIES 1-10, inclusive, and JOHN DOES 1-5, inclusive, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that party's own costs and attorney's fees.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

## AFFIRMATION

Pursuant to NRS 239B.030, undersigned counsel affirms that this document does not contain the social security number of any individual.

DATED this 2ND day of April 2021.

**LAW OFFICE OF JERRY H. MOWBRAY**

Jerry H. Mowbray, Esq.
Nevada Bar No. 2307
150 Ridge Street
Reno, Nevada 89501

*Attorney for Plaintiff*
*Angela White*

DATED this 2nd day of April 2021.

**PHILLIPS, SPALLAS & ANGSTADT**

Robert K. Phillips, Esq.
Nevada Bar No. 11441
Timothy D. Kuhls, Esq.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Raley's*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of April 2021.